IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT 2023 BEATTIES FORD ROAD, CHARLOTTE NORTH CAROLINA, FURTHER DESCRIBED AS PARCEL NUMBER 069-126-25, MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT MECKLENBURG COUNTY REGISTER OF DEEDS BOOK 9315, PAGE 505 | 3-15-MC-106 <br><br> FILED <br> CHARLOTTE, NC <br><br> JUN 11 2015 <br><br> U.S. DISTRICT COURT <br> WESTERN DISTRICT OF NC |
| FILE IN GRANTOR INDEX UNDER: HUEY M. ROWE-ANDERSON and/or VIRGINIA C. ROWE-ANDERSON | |

WHEREAS, the United States of America, by and through Detective Jennifer Hetrick of the Charlotte Mecklenburg Police Department, has presented an affidavit to the Court alleging that the above-captioned property was used and intended to be used to commit and to facilitate violations of 21 U.S.C. § 841(a)(1);

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property was used and intended to be used to commit and to facilitate such violations; and,

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property

may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

>United States Attorney
>for the Western District of North Carolina
>Attn: William A. Brafford
>227 West Trade Street, Suite 1650
>Charlotte, NC   28202
>(704) 344-6222

This the 11 day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE


**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**