IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:   REAL PROPERTY LOCATED AT 2023 BEATTIES FORD ROAD, CHARLOTTE NORTH CAROLINA, FURTHER DESCRIBED AS PARCEL NUMBER 069-126-25, MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT MECKLENBURG COUNTY REGISTER OF DEEDS BOOK 9315, PAGE 505 <br><br> FILE IN GRANTOR INDEX UNDER: HUEY M. ROWE-ANDERSON and/or VIRGINIA C. ROWE-ANDERSON | COURT NO.:   3:15MC106-RJC-DSC <br><br> **ORDER TO RELEASE ORDER AND LIS PENDENS** |

THIS MATTER is before the Court on the Government's Motion to Release Order and Lis Pendens. The Government represents that there is no longer a need for the Order and Lis Pendens in this matter.

For good cause shown, IT IS THEREFORE ORDERED THAT the Order and Lis Pendens in this matter is released.

**SO ORDERED**.

Signed: May 13, 2019

David S. Cayer
United States Magistrate Judge